### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA
CASE NO:09-23232-CIV-SEITZ/O'SULLIVAN

RENE A. PEREZ,

                            Plaintiff,

vs.

KAREN FITZGERALD, District Director,
Philadelphia District, U.S. Citizenship
and Immigration Services ("USCIS"), *et al.*,

                            Defendants.
_____/

### FINAL ORDER OF DISMISSAL

THIS MATTER is before the Court upon Respondents' Motion To Dismiss For Mootness [DE-5]. On October 26, 2009, Plaintiff filed a Complaint For Mandamus seeking adjudication of his naturalization application [DE-1]. However, the United States Citizenship and Immigration Service ("USCIS") subsequently granted Plaintiff's naturalization application. (Motion to Dismiss at page 1).

As a result, Defendants filed this Motion to Dismiss, asserting that a justiciable case and controversy no longer exists. Plaintiff has not filed a response in opposition to this Motion. The Court agrees that as the USCIS has now adjudicated Plaintiff's naturalization application, Plaintiff's Complaint is now moot. Accordingly, having considered the Motion, it is hereby

ORDERED that

(1) Respondents' Motion to Dismiss [DE-5] is GRANTED.

(2) This case is CLOSED.

DONE AND ORDERED in Miami, Florida, this _1st_ day of March, 2010.

                            _____
                            PATRICIA A. SEITZ
                            UNITED STATES DISTRICT JUDGE

cc:
Magistrate Judge O'Sullivan
All Counsel of Record

1